# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** **Dan Peterson, Trustee of the Dan D. Peterson Living Trust**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant(s): Fyve, LLC**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Sean A. Woods**
**Mills + Woods Law, PLLC**
**5055 N 12th ST., Ste. 101**
**Phoenix, Arizona  85014**

**Robert T. Mills** (Dan Peterson, Trustee of the Dan D. Peterson Living Trust)
**Mills + Woods Law, PLLC**
**5055 N 12th St., Ste. 101**
**Phoenix, Arizona  85014**

Defendant's Atty(s):

---

<u>II. Basis of Jurisdiction</u>:     **4. Diversity (complete item III)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**

Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

<u>IV. Origin</u> :        **1. Original Proceeding**

<u>V. Nature of Suit</u>: **190 Other Contract**

<u>VI. Cause of Action</u>: **This Court has jurisdiction of the action pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different States. Plaintiff is seeking a Temporary Restraining Order and a Preliminary and Permanent Injunction against Defendant.**

<u>VII. Requested in Complaint</u>

Class Action: **No**
Dollar Demand:
Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>Sean A. Woods</u>

**Date:** <u>9/7/2023</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014