# EXHIBIT D

## ASSIGNMENT OF LLC INTERESTS

For good and valuable consideration, OnPoint Acquisitions, LLC ("Assignor"), hereby transfers, assigns and sets over unto Dan Peterson, as Trustee of the Dan D. Peterson Living Trust dated April 2, 2009 ("Assignee"), all of its limited liability company interests (the "LLC Interests") in Dan Peterson Property Management, LLC (the "LLC"), which LLC Interests include Assignor's right, title and interest in and to the LLC's assets and Assignor's capital account, allocable share of future profits and losses, and distributive share of distributions of Assignor, subject to the terms of the attached Pledge and Security Agreement and the Note. Assignee's rights to allocable shares of future profits and losses, distributive shares of distributions, and rights to the LLC's assets trigger only upon event of default as described in the documents identified in this Paragraph.

TO HAVE AND TO HOLD the LLC Interests unto Assignee, its successors and assigns, and Assignor hereby warrants unto Assignee, its successors and assigns that Assignor has good right, power and authority to assign the LLC Interests; that Assignor is the owner of the LLC Interests; and that the LLC Interests have not been pledged or encumbered by Assignor and no other party has any other rights to the LLC Interests or the economic benefits thereof.

IN WITNESS WHEREOF, this Assignment of LLC Interests is effective as of this 31st day of October, 2019.

OnPoint Acquisitions, LLC

By: _____
Chris Jurasek, President

PETERSON_000066