# EXHIBIT E

## LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement (this "<u>Agreement</u>") is dated as of November 1, 2022 (the "Effective Date"), by and between Fyve LLC, a Delaware limited liability company, as successor in interest to Onpoint Acquisitions LLC (the "<u>Borrower</u>") and Dan Peterson, as Trusteee of the Dan D. Petereson Living Trust Dated April 2, 2009 ("<u>Lender</u>").

<u>R E C I T A L S</u>

A. Borrower and Lender are parties to that certain Promissory Note dated as of October 31, 2022 (the "<u>Note</u>"), arising from that certain Membership Interest Purchase Agreement dated as of October 31, 2019, through which Borrower acquired all membership interests in Dan Peterson Property Management LLC (the "Company").

B. In connection with the Note, Borrower and Lender entered into that certain Pledge and Security Agreement and Assignment of LLC Interests, both dated as of October 31, 2019 (the "<u>Ancillary Documents</u>");

C. The Note, the Ancillary Documents and all amendments, restatements, supplements and other modifications thereto are hereinafter collectively referred to as the "<u>Loan Documents</u>".

D. Borrower has requested an extension of the maturity date of the Note, and Lender is willing to amend the terms of the Note pursuant to the terms and conditions set forth herein.

NOW, THEREFORE, the parties hereto hereby agree as follows:

AGREEMENT

1. <u>Definitions</u>. Capitalized terms used in this Agreement and not otherwise defined herein are used with the meanings given such terms in the Loan Documents.

2. <u>Amendment to Note</u>. Upon payment of the Amendment Fee (as defined below), the Note shall be amended as of the Effective Date as follows:

(a) Term, The Term of the Note is hereby extended from Thirty-Six (36) months to Forty-Two (42) months, i.e., to April 30, 2023. On April 30, 2023, all remaining unpaid principal and accrued interest will a become fully due and payable;

(b) Interest; Payments. From the Effective Date until the Note is fully repaid, interest on the full unpaid balance of the Note shall accrue at the rate of 18% per annum, which shall be paid monthly in arrears, beginning on December 1, 2022 as follows:

      i. interest for November 2022 shall be payable on December 1, 2022;

      ii. interest for December 2022 shall be payable on January 1, 2023;

      iii. interest for January 2023 shall be payable on February 1, 2023;

    iv.  interest for February 2023 shall be payable on March 1, 2023;

    v.  interest for March 2023 shall be payable on April 1, 2023; and

    vi.  interest for April 2023 shall be payable together all remaining unpaid principal and accrued interest on April 30, 2023.

  3. <u>Amendment Fee</u>.  As further consideration for Lender's agreement to the terms hereof, Borrow shall pay to Lender an Amendment Fee of 1.5% of the principal balance of the Note, upon execution hereof.

  4. <u>Reaffirmation</u>.  Except as amended hereby, the terms and provisions of the Loan Documents remain unchanged, are and shall remain in full force and effect and are hereby ratified and confirmed. Except as expressly provided herein, this Agreement shall not constitute an amendment, waiver, consent or release with respect to any provision of any Loan document, a waiver of any default under any Loan Document, or a waiver or release of any of Lender's rights and remedies (all of which are hereby reserved).

  IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first set forth above.

**BORROWER**:      **FYVE LLC**

By: _[signature]_
Name: John Ferron
Title: C.E.O.

**LENDER**:      **DAN D. PETERSON LIVING TRUST DATED APRIL 2, 2009**

By: _Dan Peterson 11/8/22_
  Dan Peterson, Trustee

Signature Page to Loan Modification Agreement

PETERSON_000065