# EXHIBIT G

**DCMP**

DiCarlo Caserta & McKeighan PLC
20715 North Pima Road
Suite 108
Scottsdale, AZ 85255
(480) 429-7544

Jace McKeighan
jdm@dcmplaw.com

August 7, 2023

*Via Email chris.jurasek@gmail.com,
 john.ferron@fyve.com, and
 jgoodman@pctadvisors.com*

Chris Jurasek, John Ferron
 and John Goodman
FYVE Inc.
6282 DuPont Station Court E Unit #3
Jacksonville, FL 32217

  RE: *Notice and Demand – October 31, 2019 Promissory Note Payable to Dan Peterson as Trustee of the Dan D. Peterson Living Trust Dated April 2, 2009, Pledge and Security Agreement, and Assignment*

Gentlemen,

  The above referenced Promissory Note went into default when all principal and interest was not paid when due on or before July 31, 2023. In addition, the most recent interest payment was not made either. There was no communication from FYVE leading up to the missed deadline, and subsequent communications did not address the default in any meaningful way. Given the foregoing, Dan Peterson demands immediate payment of all outstanding principal and interest, currently Eight Hundred and Four Thousand Dollars ($804,000.00) on or before close of business on August 10, 2023.

  In the event that you are unwilling or unable to make the required payment, we demand that you cooperate with the orderly transition of the operation of Dan Peterson Property Management LLC ("DPPM") back to Dan. Dan has a Pledge and Security Agreement on the membership interests, along with an Assignment of those membership interests, as security for the loan. Dan is legally entitled to recover DPPM and you are

PETERSON_000041

FYVE Inc.
August 7, 2023
Page 2

legally obligated to cooperate with that transition. In the event of nonpayment, Dan will take control over daily operations of the DPPM on Friday, August 11, 2023.

  In connection with the transition, you are directed to turn over all assets, keys, passwords, security codes, account access information, and any other information necessary for the operation of the business. Further, we expect that DPPM's cash accounts shall not have been diminished from and after July 31, 2023 except for necessary expenses payable to arms-length third parties in the ordinary course of business and, notwithstanding the foregoing, that such accounts will hold not less than $20,000 as of August 11, 2023.

  Please give your immediate attention to this letter. If you have any questions, please contact me at your convenience. We look forward to a timely resolution of these matters.

        Very truly yours,

        */s/ Jace McKeighan*

        Jace McKeighan

cc: Dan Peterson