# EXHIBIT K

**Subject:** Re: Dan Peterson
**Date:** Wednesday, August 16, 2023 at 8:31:43 AM Mountain Standard Time
**From:** John Ferron
**To:** jdm dcmplaw.com
**CC:** John Goodman, Chris Jurasek

Jace –

This is quite different than on how I thought we ended the call last week and I find it frustrating that now this appears in my Inbox, similarly to the last deadline of 8/11.

We are not entering into a third loan modification that requires a condition precedent of a $250,000 principal reduction. The shareholders continue to fund the overall operations of the business to bridge FYVE towards sale or an equity infusion ($500K internal round coming in by 8/25) and do not have the liquidity to also make this payment.

In addition, we are not willing to seek Dan's approval on the signing of new communities as outlined in 6(e) nor the minimum cash requirement in 6(f). With respect to Lisa and Michelle, we will continue to retain them at their current salary and role subject to normal job performance but will take no special efforts to retain them (i.e., bonuses),

We continue to actively move forward with our financing options and have already agreed to keep Dan in the loop with full transparency. I have several investors calls this week. If Dan wants the business beforehand, then let us know, and we will begin to plan for such transition which should take 60 to 90 days.

Regards,

John



John Ferron
CEO
FYVE Inc.
Phone:  (408) 887-6689 (mobile)
Email:    John.ferron@fyve.com
6282 DuPont Station Court E Unit #3
Jacksonville, FL 32217
**www.fyve.com**

**Confidentiality Notice:** This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message.

---

**From:** jdm dcmplaw.com <jdm@dcmplaw.com>
**Date:** Tuesday, August 15, 2023 at 2:54 PM
**To:** John Ferron <john.ferron@fyve.com>, John Goodman <jgoodman@pctadvisors.com>, Chris Jurasek <chris.jurasek@gmail.com>
**Subject:** Dan Peterson

Gentlemen,

Thank you for the call the other day. After discussing with Dan, his preference is to do a further written amendment to the loan/note. I am attaching a draft of the agreement proposed by Dan that addresses some of the concerns that he raised in the call. Please review at your earliest convenience and let us know if you have any questions or comments.

Very truly yours,

Jace McKeighan
jdm@dcmplaw.com

DiCarlo Caserta & McKeighan PLC
20715 North Pima Road
Suite 108
Scottsdale, AZ 85255
Phone (480) 429-7544 ext. 402
Fax (480) 429-7552

This transmission is intended only for the use of the addressee and may contain information that is confidential. If you are not the intended recipient, be aware that any disclosure, copying, or use of the contents of this transmission is strictly prohibited. If you have received this communication in error, immediately notify the sender by email or telephone (480) 429-7544, and delete the communication.