# EXHIBIT M

| | |
|---|---|
| **Subject:** | Re: Availability to Chat Today? |
| **Date:** | Thursday, August 3, 2023 at 1:13:34 AM Mountain Standard Time |
| **From:** | John Ferron |
| **To:** | Dan Peterson |
| **CC:** | John Goodman, jdm dcmplaw.com |
| **Attachments:** | image001.jpg |

Dan –

My apologies for you feeling like I'm not communicating and living up to agreements. I think I have on both fronts. Nonetheless, the reason the August interest payment was not remitted is that the Second Loan Modification Agreement expired on July 31, 2023, and we had not chatted about our timing of sale of assets and /or your intent since we were technically in default. For example, if you were file to attempt to take the company back then why would I pay interest?

Based on your email below, I will authorize the payment of August interest payment on 8/3 and assume we are in a month-to-month situation until the debt is repaid. No amendment fee will be paid since there is no Third Amendment is in place and quite frankly no willingness to pay any further amendment fees given our liquidity situation and the good faith continuation of interest payments .

We are advancing talks on sale of the complete FYVE business (PM and HOA) with several parties and in discussions on the sale of our HOA business only (which should be easier) with two strategic parties that expressed in-bound interest.

Stay tuned and hope your situation with your dad goes as well as can be expected. I went through the loss of my dad five years ago and aging parents are never an easy situation.

Regards,

John



John Ferron
CEO
FYVE Inc.
Phone:   (408) 887-6689 (mobile)
Email:     John.ferron@fyve.com
6282 DuPont Station Court E Unit #3
Jacksonville, FL 32217
www.fyve.com

**Confidentiality Notice:** This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message.

---

**From:** Dan Peterson <dan@petersoncompany.com>
**Date:** Thursday, August 3, 2023 at 1:25 AM
**To:** John Ferron <john.ferron@fyve.com>

**Cc:** John Goodman <jgoodman@pctadvisors.com>
**Subject:** Re: Availability to Chat Today?

John

 Your times did not work for me today and im having family issues with my father that requires my time right now. He's going to be 90 soon and has had 2 recent surgeries with a 3rd coming in 3 wks. I did see you have once again not lived up to the agreements we both signed off on and have lost patience and confidence you can get this done. If you want to get something done, it starts by living up to the agreements that we've already signed that means pay the interest payment that was due yesterday immediately. if you need something in regards to the principal, put it in writing and tell me what it is and send it to me. I don't need to spend time on the phone talking about it or you can tell John and he can contact my attorney, Jace and they can figure it out. If I don't hear from you and I don't see the money we will be filing to get my company back immediately. We will get in front of the judge ASAP so we can move the forward.

Sent from iPhone Dan Peterson


> On Aug 2, 2023, at 9:14 AM, John Ferron <john.ferron@fyve.com> wrote:
>
> Dan –
>
> Are you available to chat today between 2-3 pm PT today?  Otherwise, perhaps we can chat at 10:30 am PT if that works. I'm in Spain and want to catch you before or after dinner I have scheduled with my family and other scheduled calls.
>
> Please advise.
>
> John

<image001.jpg>

John Ferron
CEO
FYVE Inc.
Phone:  (408) 887-6689 (mobile)
Email:    John.ferron@fyve.com
6282 DuPont Station Court E Unit #3
Jacksonville, FL 32217
www.fyve.com

**Confidentiality Notice:** This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by attorney-client privilege.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message.