# EXHIBIT N

**From:** Jeanne Pniak <jeanne.pniak@fyve.com>
**Sent:** Monday, September 4, 2023 12:11 PM
**Subject:** FW: IMPORTANT - Peterson Employee Communication
**Importance:** High



PETERSON_000039

**From:** John Ferron <john.ferron@fyve.com>
**Sent:** Monday, September 04, 2023 7:37 AM
**To:** Linda Parker <linda.parker@fyve.com>; Amy Fanter <amy.fanter@fyve.com>; Robin Desonie <robin.desonie@fyve.com>; Lindsey Sherwin <lindsey.sherwin@fyve.com>; Jeanne Pniak <jeanne.pniak@fyve.com>; Sofia Parker <sofia.parker@fyve.com>
**Cc:** Albert Spell <albert@fyve.com>; John Goodman <jgoodman@pctadvisors.com>
**Subject:** IMPORTANT - Peterson Employee Communication
**Importance:** High

Hi FYVE Team –

This is in response to an email you all received on Saturday (9/2) from Dan Peterson regarding a staff meeting he has called for Tuesday morning.  Quite simply, he does not own the Company despite what he says, and we are seeking legal remedy against him.  You have no obligation to attend and in fact we instruct you not to attend.

As some of you may know, we bought the Peterson Company in 2019 from Dan Peterson.  We paid primarily cash for the business as well as took out a seller note for the residual balance.  While we are technically in default of the Note (full repayment is now due), we are continuing to pay cash interest on the note and have been in constant communication with Dan about the matter and fully intend to repay the loan balance in the next 60 to 90 days.  Dan has rights to pursue his legal remedies but that absolutely does not provide for self-help to unilaterally seize the business and declare himself the owner of the Company.

In summary, Dan is currently trespassing in our office, and we are dealing with this through civil and legal means.  As a result, we have closed the office on Tuesday until the matter can get resolved through the Courts.  Furthermore, Linda Parker remains the AZ Regional Director and remains employed (as well as her daughter Sofia) by FYVE despite receiving a notice of termination from Dan Peterson.  Furthermore, all communication from Dan to you directly or via email should be ignored and / or disregarded until further instruction.  We would also appreciate it if you could forward to us you any emails or correspondence you receive from Dan and Lisa (who was terminated, along with Michelle,  by us on Friday) .

This is frustrating and challenging to all of us, and Dan's continued tortious conduct is destructive to the business and further exposing him to civil and criminal liability.  In the meantime, staying together, communicating and continuing to serve our clients should reamin the focus.

We will schedule a conference call on Tuesday tomorrow to discuss the situation with you and allow each of you to ask specific questions you may have.  We deeply regret the team having to go through this and hope to rectify the situation early this week.  Please

Enjoy the rest of your Labor Day weekend!

Regards,

John




John Ferron
CEO
FYVE Inc.

Phone:  (408) 887-6689 (mobile)
Email:  John.ferron@fyve.com

6282 DuPont Station Court E Unit #3
Jacksonville, FL 32217

www.fyve.com

**Confidentiality Notice:** This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by attorney-client privilege.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message.