# EXHIBIT Q



September 1, 2023


Michelle Peterson
9590 East Ironwood Square Drive
#215-A
Scottsdale, AZ  85050

Dear Michelle,

This letter is to confirm your involuntary separation for cause from employment with FYVE, Inc and all subsidiaries of FYVE.  Your last day of employment is September 1, 2023.

FYVE therefore demands and instructs that you are to immediately **CEASE AND DESIST** from any further use or disclosure of FYVE's Confidential Information, including any proprietary materials, databases, client lists, client information, and any other resources that were acquired during your employment. You are further instructed to:

1. Immediately return all physical and electronic copies of FYVE's Confidential Information, including but not limited to any FYVE documents, data files, reports, financial reports, and any other material you possess.

2. Refrain from directly or indirectly soliciting or contacting any current, former and/or prospective clients, customers, employees or business partner of FYVE.

3. Refrain from engaging in any activities that could be perceived as interfering with FYVE's business operations, including but not limited to the use of any Confidential Information or other proprietary materials you obtained during your employment.

4. Terminate any business relationship you have with any current, former and/or prospective client of FYVE.


Your health benefits with the Company group insurance will terminate September 1, 2023.  After this date, you will be eligible for COBRA. You should receive a COBRA enrollment packet from our COBRA administrator within 14 days of your benefit termination date. Please call us if you do not receive this information and we will contact the Administrator for the status. You will have 60 days from your termination date to enroll onto COBRA and your coverage will retro back to the day you lost your coverage. Should you elect COBRA, please feel free to contact us if any questions or concerns arise with this coverage.

F Y V E , I n c .            5100 West Copans Road, Suite 100| Margate, FL Zip 33063

                                                    https://fyve.com

PETERSON_000145



On September 5th, you will be expected to return the following:

- Any company devices (including such things as company-provided computers, lap-tops and other devices), relevant passwords, records, data, notes, thumb drives, reports, proposals, lists correspondence, specifications, drawings, blueprints, sketches, materials, equipment, any other documents or property or reproductions of any items belonging to FYVE.  Please note that if you used personal devices to store company information (such as, for example, business contacts in your cell phone or other personal devices), you need to provide that information to FYVE today as well.

- Key(s)/key fob to office/parking (if applicable)

**The following will be provided to you as part of your separation packet:**

Final net earnings through September 1, 2023 and pay statement.  Final earnings will be direct deposited on September 15, 2023.
Initial:_____

Any and all business expenses incurred through September 1, 2023 has been received and processed.
Initial:_____

FYVE's Termination Checklist
Initial: _____

Please let me know if you have any questions on your termination.

Sincerely,

Albert Spell, President

**I've read and understood the above.**

Employee:_____    Date:_____

Personal Email: _____

F Y V E , I n c .                          5100 West Copans Road, Suite 100| Margate, FL Zip 33063

                                                    https://fyve.com

PETERSON_000146