# EXHIBIT R

# ALERUS

September 6, 2023

**VIA ELECTRONIC MAIL**
**jgoodman@pctadvisors.com; john.ferron@fyve.com; dpretired1@gmail.com**

RE:     Account notice

Dear Mr. Goodman, Mr. Ferron, and Mr. Peterson:

Alerus has received conflicting instructions from the parties regarding the authorized signers of the Dan Peterson Property Management, LLC, accounts. Due to this bona fide dispute and pursuant to the terms of the applicable agreement governing the accounts, Alerus is placing a hard hold on the accounts until the parties provide clear joint instructions or a court order regarding ownership of and authority to act on the accounts.

Please do not hesitate to contact me with any questions.

Sincerely,

Nick Brenckman
General Counsel
Nick.brenckman@alerus.com
952/417-8494 | Office

PETERSON_000147