1   Robert T. Mills (Arizona Bar #018853)
    Sean A. Woods (Arizona Bar #028930)
2   **MILLS AND WOODS LAW**
    5055 North 12th Street, Suite 100
3   Phoenix, Arizona 85014
4   Telephone 833.383.4448
    docket@millsandwoods.com
5   rmills@millsandwoods.com
    swoods@millsandwoods.com
6   *Attorneys for Plaintiff*
7

8                  **UNITED STATES DISTRICT COURT**
9
                   **FOR THE DISTRICT OF ARIZONA**
10

11   DAN PETERSON, AS TRUSTEE OF      Case No:
     THE DAN D. PETERSON LIVING
12   TRUST, DATED APRIL 2, 2009, a
     trust formed under the laws of Arizona,
13
                                      **ATTORNEY CERTIFICATION**
14              Plaintiffs,           **PURSUANT TO FED. R. CIV. P.**
     v.                               **55(B)(1)(B)**
15
16   Fyve, LLC, a Delaware Limited
     Liability Company,
17
18              Defendants.

19        Pursuant to Fed. R. Civ. P. 55(b)(1)(B) and by his signature below, Plaintiff's
20   attorney hereby certifies that: On September 5, 2023 Plaintiff 's counsel received an email
21   from Randy Nussbaum of the law firm Saks Tierney in Scottsdale sent an email to
22   Plaintiff's counsel Jace McKeighan stating that Mr. Nussbaum and Philip Rudd had been
23   retained to represent Fyve in its dispute with Dan Peterson. Upon filing the Verified
24   Complaint and supporting exhibits, the Motion for Temporary Restraining Order and
25   Preliminary Injunction  and the Proposed form of Temporary Restraining Order, Plaintiff
26   immediately sent a copy of each of those documents to Randy Nussbaum via email at
27   Randy.Nussbaum@sackstierney.com. The exigencies of the circumstances justify granting
28

*(left margin, vertical text)* MILLS AND WOODS LAW
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4557

1    injunctive relief without opportunity for Defendants to be heard, but as stated above, notice

2    has been provided contemporaneously with these filings.

3        **RESPECTFULLY SUBMITTED** this 7th day of September, 2023.

4

5                                **MILLS AND WOODS LAW, PLLC**

6

7                        By _____ */s/ Sean A. Woods* _____

8                            Robert T. Mills
                             Sean A. Woods
9                            5055 North 12th Street, Suite 100
                             Phoenix, Arizona 85014
10                           *Attorneys for Plaintiff*

11

12

13

14

15   **ORIGINAL** filed on this 7th day of
     September 2023 via ECF
16

17

18   _____ */s/ Ben Dangerfield* _____

19

20

21

22

23

24

25

26

27

28

MILLS AND WOODS LAW
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4557

2