IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan D. Peterson Living Trust Dated April 2, 2009,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fyve LLC,<br><br>　　　　Defendant. | No. CV-23-01874-PHX-JJT<br><br>**ORDER** |

　　　At issue is Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 2).

　　　**IT IS ORDERED** that Plaintiff shall serve a copy of the Summons and Complaint (Doc. 1), the Motion (Doc. 2), and this Order on Defendant as soon as possible, and in any case by the end of the day on **September 11, 2023**. Plaintiff shall file a certificate of service on the docket within two days of service.

　　　**IT IS FURTHER ORDERED** that Defendant shall file a Response to Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 2) by **September 22, 2023**. Plaintiff shall file any Reply by **September 29, 2023**.

　　　**IT IS FURTHER ORDERED** setting a hearing on Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 2) on **October 6, 2023, at 9:30 a.m. (Arizona time)** before District Judge John J. Tuchi in Courtroom 505, Sandra Day

O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. The hearing will run from 9:30 a.m. to 11:30 a.m. and, if necessary, from 1:00 p.m. to 3:00 p.m.

**IT IS FURTHER ORDERED** that if, after timely service, Defendant fails to timely file an opposition to the Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 2) or fails to appear at the hearing, the Court will deem either failure to be Defendant's consent to the Motion being granted. *See* LRCiv 7.2(i).

**IT IS FURTHER ORDERED** that the parties shall jointly prepare and file a pre-hearing statement by **October 2, 2023**, setting forth the following information:

### A. WITNESSES

If the parties rely on witness statements in their briefing, no party shall conduct direct examination of witnesses at the hearing, but rather the Court will rely on declarations and affidavits that have been filed as of **September 29, 2023**, for direct testimony. However, the opposing party may conduct cross-examination of any witness. Accordingly, in the joint pre-hearing statement, each party shall separately list the names of its witnesses, their respective addresses, whether a fact or expert witness, and a brief statement as to the testimony of each witness.

The parties shall adhere to the following provision and include it in this section of the joint pre-hearing statement: "Each party understands that it is responsible for ensuring that the witnesses on whose testimony the party will rely are subpoenaed. Each party further understands that any witness whose testimony is offered to the Court shall be listed on that party's list of witnesses, and that party cannot rely on any witness having been listed or subpoenaed by another party."

The party conducting cross-examination of the opposing party's witnesses at the hearing shall determine which witnesses it calls to cross-examine. Accordingly, in the joint pre-hearing statement, each party shall separately list the opposing party's witnesses it plans to cross-examine and the order in which it will cross-examine them.

. . . .

. . . .

**B.     EXHIBITS**

The parties shall file any exhibits with their briefs prior to the hearing. In the joint pre-hearing statement, each party shall list any objections it has to the opposing party's exhibits. For example:

<u>Defendant's Objections</u>

Evidence: City Hospital records of Plaintiff from March 6 to March 22, 2005.

Objections: Defendant objects for lack of foundation because . . . (specify why there is a lack of foundation).

<u>Plaintiff's Objections</u>

Evidence: Payroll records of Plaintiff's employer as evidence of payment of Plaintiff's salary during hospitalization and recovery.

Objections: Plaintiff objects for lack of relevance because . . . (specify why the exhibit is not relevant).

The parties shall adhere to the following provision and include it in this section of the joint pre-hearing statement: "Each party hereby acknowledges that, by signing this joint pre-hearing statement, any objections not specifically raised herein are waived."

**C.     PROPOSED BOND AMOUNT**

The parties shall each provide a proposed bond amount in the event the Court grants Plaintiff's Motion for Preliminary Injunction.

Dated this 7th day of September, 2023.

Honorable John J. Tuchi
United States District Judge