EXHIBIT 1

EXHIBIT 1

# Roth, Clifford J.

| | |
|---|---|
| **From:** | Nussbaum, Randy |
| **Sent:** | Wednesday, September 6, 2023 6:05 PM |
| **To:** | jdm@dcmplaw.com |
| **Cc:** | Rudd, Philip R.; John Goodman |
| **Subject:** | FW: Peterson's seizure of FYVE business operations |
| **Attachments:** | Untitled |

Hi Jace,

My client is still very interested in agreeing on a procedure to implement any transfer of control to your client in a pragmatic and methodical manner to maximize the value of the company. My client and I hope your client would rather proceed in that manner versus continuing down the current path which serves no purpose and substantially increases the chances that prolonged litigation could result.

If you have no interest in communicating with me, please let me know. I have no idea if you even read my below email since I did not receive the courtesy of any response whatsoever.

If Peterson has elected to disregard the option of a cooperative transition, my client will exercise all legal options accorded to it under the law and the controlling documents.

Regards,

Randy Nussbaum

**Randy Nussbaum**
*Attorney*
P: 480.212.1682    C: 480.206.3085



4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251

---

**From:** Nussbaum, Randy
**Sent:** Tuesday, September 5, 2023 2:15 PM
**To:** jdm@dcmplaw.com
**Cc:** Rudd, Philip R. <Philip.Rudd@sackstierney.com>; John Goodman <jgoodman@pctadvisors.com>
**Subject:** Peterson's seizure of FYVE business operations

Hi Jace,

Phil and I have been retained by FYVE regarding the dispute which has arisen as a result of the parties' unsuccessful negotiation of the carryback promissory note extension. This promissory note was part consideration for my client's purchase of the subject business. I have attached the recent exchanges addressing those negotiation efforts.

Is there a time we can speak about this matter? It is evident that everyone agrees that no one benefits by having this situation deteriorate any further which will only serve to disrupt the business operations, traumatize the employees,

1

and unnecessarily impact on my client's vendor and customer relations.  It is especially crucial that the employees are provided reassurance of the business's ability to maintain normal business operations.

Because of the urgency of this situation, I am prioritizing this case and can be available at night if more convenient for you.

Please be reassured I have now had a chance to review the entire file so I am comfortable discussing all relevant aspects of this transaction.

I look forward to hearing from you.

Regards,

Randy Nussbaum


**Randy Nussbaum**
*Attorney*
P: 480.212.1682   C: 480.206.3085



Sacks Tierney P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251
www.sackstierney.com

**NOTICE:  This e-mail may contain confidential and privileged material for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies.  To ensure IRS compliance, any tax advice included in this e-mail may not be used by any recipient to avoid penalties imposed under the Internal Revenue Code, state or local tax law provisions.**