# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust Dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>        Plaintiff,<br><br>v.<br><br>Fyve, Inc, a Delaware corporation,<br><br>        Defendant. | No. 2:23-CV-1874-JJT<br><br>**EXPEDITED SCHEDULING ORDER**<br><br>Hon. John J. Tuchi |

    This Court having considered Defendant's Response to Plaintiff's Request for Temporary Restraining Order without an Opportunity for Defendant to be Heard, and for good cause shown,

    IT IS ORDERED granting Defendant's request for an expedited briefing and hearing schedule. The briefing deadlines are as follows:

_____ Defendant's Response to Plaintiff's Motion for Injunctive Relief and Cross-Motion for Injunctive Relief.

_____ Plaintiff's Reply to its Motion and Response to Defendant's Motion

_____ Defendant's Reply to its Motion

/ / / /

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3638599.v1

IT IS FURTHER ORDERED that the hearing on the parties' Motions for Injunctive Relief shall be held on _____ from ____:_____a.m./p.m. to ____:_____a.m./p.m.

DATED: September _____, 2023.

---

John J. Tuchi
District Court Judge

3638599.v1