Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS AND WOODS LAW**
5055 North 12th Street, Suite 100
Phoenix, Arizona 85014
Telephone 833.383.4448
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust, Dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>Plaintiffs,<br>v.<br><br>Fyve, Inc, a Delaware Corporation,<br><br>Defendant. | Case No: 2:23-cv-01874-PHX-JJT<br><br>**DEFENDANT'S WAIVER OF SERVICE OF PROCESS** |

**To:** Sean A. Woods, an attorney for Plaintiffs

I have received your request to waive service of process in this action, along with copies of the Summons, Complaint, Exhibits to the Complaint, Attorney Certification, Motion for Temporary Restraining Order and Preliminary Injunction and accompanying Proposed Order, form for requesting a Magistrate Judge, and Order re Service and Briefing and Hearing Schedule.

I, on behalf of Defendant, agree to save the expense of serving a summons and complaint in this case.

3641041.v1

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from September 8, 2023, the date when this request was sent. If I fail to do so, a default judgment may be entered against the entity I represent.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

Date: September 11, 2023

*(Attorney Signature)*

Fyve, Inc.
Name of Party Waiving Service

Clifford J. Roth
Printed Name

SACKS TIERNEY P.A.
Nussbaum@SacksTierney.com
Roth@SacksTierney.com
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
480.425.2600

MILLS AND WOODS LAW
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4557

2

3641041.v1