# EXHIBIT 1

AZ. CORP. COMMISSION
FILED
OCT 1 5 2002
APPR
TERM
DATE 10/15/02
L-1049169-0

# ARTICLES OF ORGANIZATION
# OF
# DAN PETERSON PROPERTY MANAGEMENT, LLC

## ARTICLE I
## Name

The name of this limited liability company is Dan Peterson Property Management, LLC.

## ARTICLE II
## Purpose

The purpose for which this limited liability company is organized is property management and the transaction of any and all other lawful business for which a limited liability company may be organized under the laws of the State of Arizona, as such laws may be amended from time to time.

## ARTICLE III
## Registered Office and Statutory Agent

The address of the registered office of this limited liability company and the name and mailing address of the agent for service of process are:

Registered Office:   Dan Peterson Property Management, LLC
C/o Daniel D. Peterson
10825 E. Jasmine Dr.
Scottsdale, AZ 85255

Statutory Agent:   Jordan K. Geotas, Esq.
Logan & Geotas, PLC
2198 E. Camelback Road, Suite 300
Phoenix, Arizona 85016-4747

## ARTICLE IV
## Date of Dissolution

This limited liability company shall have perpetual existence.

## ARTICLE V
## Management

Management of this limited liability company is vested in its member.

## ARTICLE VI
### Member

The name and address of the sole member of this limited liability company at the time of its formation are:

Daniel D. Peterson
10825 E. Jasmine Dr.
Scottsdale, AZ 85255

## ARTICLE VII
### Liability and Indemnification

Except as provided under chapter 4 of title 29 of the Arizona Revised Statutes, as amended from time to time, a member of this limited liability company is not liable, solely by reason of being a member, for the debts, obligations, and liabilities of this limited liability company whether arising in contract or tort, under a judgment, decree or order of a court, or otherwise. This limited liability company shall indemnify, defend and hold harmless, to the maximum extent from time to time permitted by applicable law, any person who incurs liability or expense by reason of such person being a member of this limited liability company. This indemnification shall be mandatory in all circumstances in which indemnification is permitted by law.

IN WITNESS WHEREOF, the undersigned has set his hand this 9th day of October, 2002.

_____
Daniel D. Peterson, Member

## CONSENT TO ACT AS STATUTORY AGENT

I, Jordan K. Geotas, Esq., having been designated to act as Statutory Agent for Peterson Property Management, LLC, hereby consent to act in that capacity until removed, or my resignation is submitted in accordance with the Arizona Revised Statutes.

DATED: October 11, 2002.

_____
Jordan K. Geotas, Esq.