# EXHIBIT 4

Arizona Corporation Commission - RECEIVED: 4/22/2022  22042212416326
Arizona Corporation Commission - FILED: 4/22/2022

# ARTICLES OF AMENDMENT TO ARTICLES OF ORGANIZATION

## LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | DAN PETERSON PROPERTY MANAGEMENT, LLC |
| **ENTITY ID:** | L10491690 |
| **ENTITY TYPE:** | Domestic LLC |
| **PERIOD OF DURATION:** | Perpetual |
| **PROFESSIONAL SERVICES:** | |
| **CHARACTER OF BUSINESS:** | Any legal purpose |
| **MANAGEMENT STRUCTURE:** | Manager-Managed |

**FORMER ENTITY NAME**       No name change

### STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | COGENCY GLOBAL INC |
| **PHYSICAL ADDRESS:** | 300 W CLARENDON AVE, STE 240, PHOENIX, AZ 85013 |
| **MAILING ADDRESS:** | 300 W CLARENDON AVE, STE 240, PHOENIX, AZ 85013 |

### KNOWN PLACE OF BUSINESS

Att: Legal Department, 6282 Dupont Station CT E Ste 3, JACKSONVILLE, FL 32217

### PRINCIPALS

Manager: Albert Spell - 6282 Dupont Station CT E Ste 3, JACKSONVILLE, FL, 32217, USA - - Date of Taking Office: 03/20/2020

Manager: Dan Peterson - 6282 Dupont Station CT E Ste 3, JACKSONVILLE, FL, 32217, USA - - Date of Taking Office: 03/20/2020

Manager: Jeff Bohm - 6282 Dupont Station CT E Ste 3, JACKSONVILLE, FL, 32217, USA - - Date of Taking Office: 09/01/2021

Manager: John Ferron - 6282 Dupont Station CT E Ste 3, JACKSONVILLE, FL, 32217, USA - - Date of Taking Office: 09/01/2021

Member: FYVE, Inc. - Legal Department, 6282 Dupont Station CT E Ste 3, JACKSONVILLE, FL, 32217, USA - - Date of Taking Office: 07/21/2020

### SIGNATURE

Manager: Albert Spell - 04/22/2022

22042212416326

# DAN PETERSON PROPERTY MANAGEMENT, LLC
## Articles of Amendment – LLC

## PRINCIPAL INFORMATION - CHANGING MANAGEMENT STRUCTURE

**Manager and Member Information**

**MEMBERS CHANGE (CHANGE IN MEMBER):**

**Remove member:**
OnPoint Acquisitions, LLC

**Add member:**
Fyve, Inc.
ATTN: Legal Department
6282 Dupont Station CT E Ste 3,
Jacksonville, FL 32217, USA

**MANAGERS CHANGE (CHANGE IN MANAGERS):**

**Add manager:**
Jeff Bohm
6282 Dupont Station CT E Ste 3,
Jacksonville, FL 32217, USA

**Add manager:**
Dan Peterson
6282 Dupont Station CT E Ste 3,
Jacksonville, FL 32217, USA