# EXHIBIT 5

DocuSign Envelope ID: E11A7D04-DD68-4231-9344-137928FC2EAC



**FYVE**

PO Box 15427
Scottsdale, AZ 85267

September 1, 2023

katie.easley@alerus.com

**Katie Easley, Vice President**
HOA & Property Management Banking
Alerus Bank

Dear Ms. Easly:

We, the undersigned managers of Dan Peterson Property Management, LLC dba FYVE Property Management (the "Company"), understand that Dan Peterson or his designee directed you to change the authorized signers on the Company's bank account (the "Instruction").

This letter constitutes notice that Mr. Peterson was not authorized to issue the Instruction. He did so in his own self-interest, in his role as a lender and not in his role as a manager of the Company, in an improper exercise of self-help. We, as the majority managers on the Company's board of managers, hereby direct you to ignore the Instruction and restore the prior account authorizations.

Please contact our attorneys, John Goodman and Tim Dozois, copied here, if you have any questions.

Sincerely,

| DocuSigned by: | DocuSigned by: | DocuSigned by: |
|---|---|---|
| *John Ferron* | *Albert Spell* | *Jeff Bohm* |
| 001F89D62C1E422... | 072CBA70845A402... | A41093A4D375498... |
| John R. Ferron | Albert Spell | Jeff Bohm |

cc:  legal@alerus.com
John Ferron, CEO: john.ferron@fyve.com
John Goodman, Esq., General Counsel: jgoodman@pctadvisors.com
Tim Dozois, Esq., timdozois@comcast.net

Phone: 480-513-6846    www.fyve.com    customercare@fyve.com