# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan D. Peterson Living Trust Dated April 2, 2009,<br><br>            Plaintiff,<br><br>v.<br><br>Fyve LLC,<br><br>            Defendant. | No. CV-23-01874-PHX-JJT<br><br>**ORDER** |

In light of Defendant's filing of a Cross-Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 9), the Court sets the following revised briefing schedule:

**IT IS ORDERED** that Plaintiff shall file a Response to Defendant's Cross-Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 9) and a Reply to Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 2) by **September 22, 2023**. Defendant shall file a Reply to its Cross-Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 9) by **September 29, 2023**.

**IT IS FURTHER ORDERED** that the hearing on the Cross-Motions for Temporary Restraining Order and for Preliminary Injunction (Docs. 2, 9) remains set for **October 6, 2023, at 9:30 a.m. (Arizona time)** before District Judge John J. Tuchi in Courtroom 505, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. The hearing will run from 9:30 to 11:30 a.m. and, if necessary, from 1:00 p.m. to 3:00 p.m. The deadline for the parties to file a joint pre-hearing statement remains

**October 2, 2023**, and the deadline for filing any witness declarations and affidavits remains **September 29, 2023**. (*See* Doc. 6.)

Dated this 14th day of September, 2023.

_____
Honorable John J. Tuchi
United States District Judge