Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust, Dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>Plaintiffs<br><br>vs.<br><br>Fyve LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV-23-01874-PHX-JJT<br><br>**INITIAL REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION** |

Through counsel undersigned, Plaintiffs hereby make their Initial Reply in support of *Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction* ("Plaintiffs' Motion for TRO"). On September 8, 2023 Defendant filed a Response to Plaintiffs' Motion for TRO, (Doc. 7), which was "limited to the narrow procedural issue of whether the Court should rule on Plaintiff's Motion for Injunctive Relief without allowing Defendant to be heard." (*Id.* at 2:26-27.) That narrow procedural issue is now moot because the Court has set a briefing schedule and a Hearing date.

Defendant reserved the right to also file a substantive Response to Plaintiffs' Motion for TRO. (*Id.* at 2:27-28.) Defendant, however, did not do so *until after 5 p.m. yesterday* (September 21, 2023), *the day before today's Court-ordered deadline for Plaintiff to file*

*its Reply* in Support. (*See* Doc. 11.) Consequently, Plaintiffs plan to, and will, also file a second and subsequent Reply, in answer to Defendant's substantive Response, no later than September 29, 2023.

**RESPECTFULLY SUBMITTED** this 22nd day of September 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Randy Nussbaum
Nussbaum@SacksTierney.com
Clifford J. Roth
Roth@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
*Attorneys for Defendant Fyve, Inc.*

  */s/ Ben Dangerfield

2