Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust, Dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>Plaintiffs<br><br>vs.<br><br>Fyve LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV-23-01874-PHX-JJT<br><br>**PLAINTIFF'S MOTION FOR WITNESS LISA LIGGIN TO APPEAR REMOTELY AT OCTOBER 6, 2023 HEARING** |

Through counsel undersigned, Plaintiff moves that witness Lisa Liggin be allowed to appear remotely, either telephonically or via Zoom, to testify at the hearing in the above-captioned matter scheduled for October 6, 2023 at 9 a.m. Good cause exists to grant such request because Ms. Liggin will be out-of-town on the date and time of the hearing. Therefore, Plaintiff respectfully requests that she be allowed to testify remotely, either telephonically or via Zoom, whichever option is most acceptable to the Court.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 2nd day of October 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Randy Nussbaum
Nussbaum@SacksTierney.com
Clifford J. Roth
Roth@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
*Attorneys for Defendant Fyve, Inc.*

  */s/ Ben Dangerfield*

2