Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust, Dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>Plaintiffs<br><br>vs.<br><br>Fyve LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV-23-01874-PHX-JJT<br><br>**[PROPOSED] ORDER ALLOWING WITNESS LISA LIGGIN TO APPEAR REMOTELY AT OCTOBER 6, 2023 HEARING** |

The Court, having reviewed *Plaintiff's Motion for Witness Lisa Liggin to Appear Remotely at October 6, 2023 Hearing* ("Plaintiff's Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiff's Motion.

**IT IS FURTHER ORDERED** allowing witness Lisa Liggin to appear remotely at the Hearing in the above-captioned matter set for October 6, 2023 at 9 a.m. via telephone or via Zoom.