Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust, Dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>Plaintiffs<br><br>vs.<br><br>Fyve LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV-23-01874-PHX-JJT<br><br>**JOINT PRE-HEARING STATEMENT**<br><br>(Assigned to the Honorable John J. Tuchi) |

Through counsel undersigned and pursuant to this Court's Order dated September 7, 2023, the parties jointly submit their Joint Pre-Hearing Statement:

**I.  WITNESSES**

Each party understands that it is responsible for ensuring that the witnesses on whose testimony the party will rely are subpoenaed. Each party further understands that any witness whose testimony is offered to the Court shall be listed on that party's list of witnesses, and that party cannot rely on any witness having been listed or subpoenaed by another party.

///

///

**A.     Plaintiff's Witnesses**

1.     <u>Dan Peterson</u>, c/o Mills + Woods Law, PLLC, 5055 N 12th St., Ste. 101, Phoenix, AZ 85014, (480) 999-4556. Fact Witness.  Mr. Peterson will testify regarding Dan Peterson Property Management LLC ("the Company"), and his agreement to sell the Company to OnPoint Acquisitions, LLC.  He will testify regarding the agreement to finance $800,000 of the purchase price. He will testify about the Transaction Documents, including the Purchase Agreement, Assignment, and the Pledge and Security Agreement. He will testify regarding modifications of the loan agreement with Fyve, including efforts to negotiate a Third Loan Modification. He will testify regarding Fyve's default, and his efforts to take possession and control of the Company. He will testify regarding harm to the Company from Fyve's continuing refusal to allow Dan to take possession and control of the Company.

2.     <u>Michelle Peterson</u>, c/o Mills + Woods Law, PLLC, 5055 N 12th St., Ste. 101, Phoenix, AZ 85014, (480) 999-4556.  Fact Witness.  Mrs. Peterson will testify that she was employed by the Company for 17 years, including after OnPoint/Fyve took over from Dan Peterson. She will testify that she was fired abruptly "for cause" on September 1, 2023, after Dan attempted to take possession and control of the Company. Also, Fyve immediately terminated her health insurance coverage. She will testify about the disruption of the Company's business activities since Fyve began to resist Dan's efforts to take possession and control of the Company. She will testify that the uncertainty resulting over the struggle for control of the Company risks the loss of employees and clients of the Company.

3.     <u>Lisa Liggin</u>, 26287 N. 45th Pl., Phoenix AZ 85050. Fact Witness. Ms. Liggin will testify that she was employed by the Company for 17 years, including after OnPoint/Fyve took over from Dan Peterson. She will testify that she was fired abruptly "for cause" on September 1, 2023, after Dan attempted to take possession and control of the Company. Also, Fyve immediately terminated her health insurance coverage. She will testify about the disruption of the Company's business activities since Fyve began to resist Dan's efforts to take possession and control of the Company. She will testify that the uncertainty resulting over the struggle for control of the Company risks the loss of employees and clients of the Company.

4.     <u>Jace McKeighan</u>, Dicarlo, Caserta and McKeighan, 20715 N. Pima Road, Suite 108, Scottsdale, AZ 85255, (480) 429-7544. Fact Witness. Mr. McKeighan may be called to testify regarding the structure and terms of the Transaction to sell the Company to OnPoint/Fyve and regarding the Transactional Documents, including the Purchase Agreement, Assignment, and the Pledge and Security Agreement. He may also testify regarding the UCC Financing Statement filed in connection with the sale.

5.     <u>Albert Spell</u>, Fyve LLC, 9590 E. Ironwood Square Dr., Scottsdale, AZ 85258, (866) 934-3983. Fact Witness. Mr. Spell may be called to testify regarding the operations of the Company under Fyve's control and regarding Fyve's efforts to block Dan Peterson from taking control of the Company. He may testify regarding the confusion and damage to the Company from the struggle for control.

///

///

Cross-Examination of Defendant's Witnesses

Plaintiff plans to cross-examine each of Defendant's witnesses in the order in which they are called by Defendant.

### B.  Defendant's Witnesses

1. John Ferron, c/o Sacks Tierney P.A., 4250 N. Drinkwater Blvd., 4th Floor, Scottsdale, AZ 85251-3693.  Mr. Ferron is a fact witness and the CEO of Defendant Fyve, Inc.  It is anticipated that Mr. Ferron will testify about the matters alleged in the Verified Complaint and the Exhibits thereto, the sale, ownership, management and control of the Company, the loan from Plaintiff to Fyve, Inc.'s predecessor, OnPoint Acquisitions, LLC, the actions and communications of the parties regarding the Company, the harm to Defendant and the Company caused by Plaintiff's improper attempt to take possession and control of the Company, the Exhibits at the hearing, and all other matters regarding the disputes between the parties.

Cross-Examination of Plaintiff's Witnesses

Defendant plans to cross-examine each of Plaintiff's witnesses in the order in which they are called by Plaintiff.

## II.   EXHIBITS

Each party hereby acknowledges that, by signing this joint pre-hearing statement, any objections not specifically raised herein are waived.

### A.  Plaintiff's Objections to Defendant's Exhibits

Plaintiff has no objections to Defendant's Exhibits.

///

### B. Defendant's Objections to Plaintiff's Exhibits

Evidence: Pledge and Security Agreement, dated 10/31/19 (Doc. 1-3).

Objection:   Defendant objects for lack of relevance because the Agreement was not signed by Plaintiff and therefore is not effective and not relevant.

## III. PROPOSED BOND AMOUNT

### A. Plaintiff's Proposed Bond Amount

It is Plaintiff's position that there should be minimal or no bond required because Fyve does not own and has no right to possess or control the Company, and is thus in no danger of suffering any legally compensable damages if Plaintiff's Motion for a Preliminary Injunction is granted. Plaintiff proposes a bond amount of $2,500.

If the court were to grant Fyve's Cross-Motion for Temporary Restraining Order and Preliminary Injunction, the Court should require a substantial bond. Fyve does not dispute that it is in default and has no rights to the revenues generated by the Company. The Trust is entitled to immediate possession and control of the Company, and must be granted such possession and control in order to protect the Company from further harm. Fyve's continuing interference with the possessory interests of Dan and the Trust has put the Company in a state of chaos and risks the loss of employees and clients. Plaintiff proposes a bond amount of $50,000 if the Court grants Fyve's Cross-Motion for Temporary Restraining Order and Preliminary Injunction.

### B. Defendant's Proposed Bond Amount

It is Defendant's position that, regardless of which party is granted injunctive relief, there should be no bond or a minimal bond in the amount of $2,500.

**RESPECTFULLY SUBMITTED** this 2nd day of October 2023.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**SACKS TIERNEY P.A.**

By   */s/ Clifford J. Roth (w/ permission)*
    Randy Nussbaum
    Clifford J. Roth
    4250 N Drinkwater Blvd., 4th Floor
    Scottsdale, AZ 85251-3693
    *Attorneys for Defendant Fyve, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Randy Nussbaum
Nussbaum@SacksTierney.com
Clifford J. Roth
Roth@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
*Attorneys for Defendant Fyve, Inc.*


   */s/ Ben Dangerfield*