Randy Nussbaum (SBN 006417)
Nussbaum@SacksTierney.com
Clifford J. Roth (SBN 006442)
Roth@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Attorneys for Defendant Fyve, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fyve, Inc, a Delaware corporation,<br><br>　　　　Defendant. | No. 2:23-CV-1874-JJT<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR WITNESS LISA LIGGIN TO APPEAR REMOTELY AT OCTOBER 6, 2023 HEARING**<br><br>(Assigned to Hon. John J. Tuchi) |

Defendant Fyve, Inc. has no objection to the Court allowing witness Lisa Liggin to appear remotely at the hearing on 10/6/23.

RESPECTFULLY SUBMITTED this 3rd day of October, 2023.

　　　　　　　　　　　　　　　　SACKS TIERNEY P.A.

　　　　　　　　　　　　　　　　By:  */s/ Clifford J. Roth*
　　　　　　　　　　　　　　　　　　Randy Nussbaum
　　　　　　　　　　　　　　　　　　Clifford J. Roth
　　　　　　　　　　　　　　　　　　Attorneys for Defendant Fyve, Inc.

3664118.v1

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I electronically transmitted the foregoing Defendant's Response to Plaintiff's Motion for Witness Lisa Liggin to Appear Remotely at October 6, 2023 Hearing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Robert T. Mills, Esq.
>Sean A. Woods, Esq.
>Mills + Woods Law, PLLC
>5055 North 12th Street, Suite 100
>Phoenix, Arizona 85014
>*Attorneys for Plaintiff*

 /s/ Brittany Crane

2

3664118.v1