Randy Nussbaum (SBN 006417)
Nussbaum@SacksTierney.com
Clifford J. Roth (SBN 006442)
Roth@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Attorneys for Defendant Fyve, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fyve, Inc, a Delaware corporation,<br><br>　　　　Defendant. | No. 2:23-CV-1874-JJT<br><br>**DEFENDANT'S MOTION FOR WITNESS ALBERT SPELL TO APPEAR REMOTELY AT OCTOBER 6, 2023 HEARING**<br><br>(Assigned to Hon. John J. Tuchi) |

Defendant Fyve, Inc. respectfully moves that witness Albert Spell be allowed to appear remotely, either telephonically or via Zoom, to testify at the hearing scheduled for October 6, 2023. Mr. Spell is unavailable to testify in person. Defense counsel has conferred with Plaintiff's counsel, and Plaintiff does not object to Defendant calling Mr. Spell as a witness to testify remotely. The parties further agree that the Joint Pre-Hearing Statement (Doc. 17, filed 10/2/23) need not be amended to reflect the agreement that Defendant may call Mr. Spell to testify remotely at the hearing.

A proposed Order Allowing Witness Albert Spell to Appear Remotely at October 6, 2023 Hearing is attached hereto.

/ / / /

3664170.v1

RESPECTFULLY SUBMITTED this 3rd day of October, 2023.

                                SACKS TIERNEY P.A.

                                By:  */s/ Clifford J. Roth*
                                     Randy Nussbaum
                                     Clifford J. Roth
                                     Attorneys for Defendant Fyve, Inc.

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3664170.v1

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I electronically transmitted the foregoing Defendant's Motion for Witness Albert Spell to Appear Remotely at October 6, 2023 Hearing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Robert T. Mills, Esq.
> Sean A. Woods, Esq.
> Mills + Woods Law, PLLC
> 5055 North 12th Street, Suite 100
> Phoenix, Arizona 85014
> *Attorneys for Plaintiff*

 /s/ Brittany Crane

3664170.v1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>        Plaintiff,<br><br>v.<br><br>Fyve, Inc, a Delaware corporation,<br><br>        Defendant. | No. 2:23-CV-1874-JJT<br><br>**[PROPOSED] ORDER ALLOWING WITNESS ALBERT SPELL TO APPEAR REMOTELY AT OCTOBER 6, 2023 HEARING**<br><br>(Assigned to Hon. John J. Tuchi) |

The Court having reviewed Defendants Motion for Witness Albert Spell to Appear Remotely at October 6, 2023 Hearing ("Defendant's Motion"), and for good cause shown,

IT IS ORDERED granting Defendant's Motion.

IT IS FURTHER ORDERED allowing witness Albert Spell to appear remotely at the Hearing set for October 6, 2023, at 9:00 a.m., via telephone or via Zoom.

4

3664170.v1