UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>        Plaintiff,<br><br>v.<br><br>Fyve, Inc, a Delaware corporation,<br><br>        Defendant. | No.  2:23-CV-1874-JJT<br><br>**[PROPOSED] ORDER ALLOWING WITNESS ALBERT SPELL TO APPEAR REMOTELY AT OCTOBER 6, 2023 HEARING**<br><br>(Assigned to Hon. John J. Tuchi) |

    The Court having reviewed Defendants Motion for Witness Albert Spell to Appear Remotely at October 6, 2023 Hearing ("Defendant's Motion"), and for good cause shown,

    IT IS ORDERED granting Defendant's Motion.

    IT IS FURTHER ORDERED allowing witness Albert Spell to appear remotely at the Hearing set for October 6, 2023, at 9:00 a.m., via telephone or via Zoom.

4

3664170.v1

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693