# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan D Peterson Living Trust Dated April 2, 2009,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Fyve LLC,<br><br>　　　　　Defendant. | No. CV-23-01874-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiff's Motion for Witness Lisa Liggin to Appear Remotely at October 6, 2023 Hearing (Doc. 16) to which Defendant filed a Response of no opposition (Doc. 18). Also at issue is Defendant's Motion for Witness Albert Spell to Appear Remotely at October 6, 2023 Hearing (Doc. 19) in which they state that Plaintiff does not object. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting both Stipulations (Docs. 16, 19). Witnesses Lisa Liggin and Albert Spell may testify remotely via Zoom. The Court will e-mail all counsel with connection information prior to the hearing. Counsel will be responsible for providing this information to the witnesses.

Dated this 4th day of October, 2023.

_____
Honorable John J. Tuchi
United States District Judge