**CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge: John J. Tuchi** | **Date: October 6, 2023** |
| **Dan D. Peterson Living Trust v. Fyve, LLC** | **Case Number: CV-23-01874-PHX-JJT** |

**Attorney for Plaintiff: Robert Mills and Sean Woods**

**Attorney for Defendant: Clifford Roth and Randy Nussbaum**

**<u>PRELIMINARY INJUNCTION HEARING</u>:**

9:37 a.m. Court convenes. Discussion held. The Court states that this hearing will proceed as a Preliminary Injunction Hearing only. This is the time set for Preliminary Injunction Hearing re: Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. [2]) and Defendant's Cross-Motion for Temporary Restraining Order and Preliminary Injunction (Doc. [9]). Discussion resumes. Argument held. 10:58 a.m. Court is in recess.

11:13 a.m. Argument continues. Bond issue is discussed.

IT IS ORDERED taking this matter under advisement. Formal order to issue.

11:39 p.m. Court adjourned.

| | |
|---|---|
| **Court Reporter** Elaine Cropper | **Start:** 9:37 AM |
| **Deputy Clerk** Julie Martinez | **Stop:** 11:39 PM |
| | **TOTAL:** |
| | 1 hr. 47 mins. |