Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust, Dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>Plaintiffs<br><br>vs.<br><br>Fyve, Inc., a Delaware corporation,<br><br>Defendants. | Case No.: CV-23-01874-PHX-JJT<br><br>**JOINT NOTICE REGARDING THE PARTIES' CLAIMS** |

Plaintiff Dan Peterson, as Trustee of the Dan D. Peterson Living Trust ("Plaintiff"), and Defendant Fyve, Inc. ("Defendant") submit this Joint Notice pursuant to this Court's November 3, 2023 Order requiring a statement of the parties' positions "as to whether any claim in Plaintiff's Complaint (Doc. 1) remains for the Court to resolve, or whether the Court can close this matter."

**Plaintiff's Position:** Plaintiff believes that the claims that are alleged in Plaintiff's Complaint (Doc. 1) and in Defendant's Cross Motion for Temporary Restraining Order and Preliminary Injunction have been largely resolved, except for Plaintiff's anticipated Application for Attorneys' Fees. In addition, Fyve's employees have resigned as Managers of the Company, but there remain issues as to Fyve's cooperation with the transition of

3697791.v1

control to Plaintiff. Plaintiff continues to investigate and evaluate potential claims for damages against Defendant arising from Defendant's control of Dan Peterson Property Management, LLC, and may seek leave to amend the Complaint accordingly. Plaintiff believes the appropriate course at this point is for voluntary dismissal of the Complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) or (2).

**Defendant's Position:**

It is Defendant's position that all claims in this case have been resolved, except for Defendant's anticipated Application for Attorneys' Fees. Since the Court has ruled on all claims, a voluntary dismissal without prejudice, as proposed by Plaintiff, is inappropriate. Pursuant to Rule 58(d), Federal Rules of Civil Procedure, Defendant requests the Court to enter a Judgment as a separate document. The entry of such a Judgment will allow the parties to determine the deadline for filing fee applications and other potential deadlines.

///

///

///

///

///

///

///

3697791.v1

**RESPECTFULLY SUBMITTED** this 17th day of November 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**SACKS TIERNEY P.A.**

By  */s/ Randy Nussbaum (w/ permission)*
    Randy Nussbaum
    Clifford J. Roth
    4250 N Drinkwater Blvd., 4th Floor
    Scottsdale, AZ 85251-3693
    *Attorneys for Defendant Fyve, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Randy Nussbaum
Nussbaum@SacksTierney.com
Clifford J. Roth
Roth@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
*Attorneys for Defendant Fyve, Inc.*

    */s/ Ben Dangerfield*

3697791.v1

3