IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan D. Peterson Living Trust Dated April 2, 2009,<br><br>          Plaintiff,<br><br>v.<br><br>Fyve LLC,<br><br>          Defendant. | No. CV-23-01874-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Joint Notice Regarding the Parties' Claims (Doc. 23). In the Notice, the parties agree that the Court resolved Plaintiff's claims as brought in the Complaint (Doc. 1) in the Court's Order (Doc. 22) granting in part and denying in part the parties' cross-Motions for Preliminary Injunction (Docs. 2, 9), and that no claims remain outstanding.

Plaintiff asks the Court to dismiss the case under Federal Rule of Civil Procedure 41 based on Plaintiff's agreement to voluntarily dismiss its claims and because Defendant filed neither an Answer nor a Motion for Summary Judgment in this action. But because the Court addressed the merits of Plaintiff's claims brought in the Complaint, the time to voluntarily dismiss the claims has passed. The Court thus agrees with Defendant that entry of judgment is appropriate, but the Court will grant Plaintiff's request for a dismissal without prejudice.

**IT IS THEREFORE ORDERED** directing the Clerk of Court to enter judgment

1  dismissing Plaintiff's claims without prejudice and close this matter.

2  Dated this 27th day of November, 2023.

*[signature]*

Honorable John J. Tuchi
United States District Judge