# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan D Peterson Living Trust Dated April 2, 2009,<br><br>    Plaintiff,<br><br>v.<br><br>Fyve LLC,<br><br>    Defendant. | NO. CV-23-01874-PHX-JJT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 27, 2023, the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

November 27, 2023

By  s/ Wendy Poth
    Deputy Clerk