MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dan Peterson, as Trustee of the Dan D. Peterson Living Trust, Dated April 2, 2009, a trust formed under the laws of Arizona,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Fyve, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendant. | Case No.: CV-23-01874-PHX-JJT<br><br>**[PROPOSED] ORDER AWARDING PLAINTIFF ATTORNEYS' FEES AND COSTS**<br><br>(The Honorable John J. Tuchi) |

THE COURT, having reviewed Plaintiff's Motion for Attorneys' Fees and Costs (the "Motion for Fees"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion for Fees.

**IT IS FURTHER ORDERED** awarding to Plaintiff, and assessing against Defendant, Plaintiff's reasonable attorneys' fees in the total amount of $28,598.00 and Plaintiff's costs in the total amount of $412.00.