# EXHIBIT 2

| Date | Description | hrs. | Rate | Total | Billed By |
|---|---|---|---|---|---|
| 12/9/2023 | Legal and factual research in support of Motion for Costs and Attorneys' Fees | 1 | $215.00 | $215.00 | Ben Dangerfield |
| 12/8/2023 | Legal research in support of Motion for Attorneys' Fees and Costs; review relevant court documents in support of same | 2.8 | $215.00 | $602.00 | Ben Dangerfield |
| 11/17/2023 | Revise, finalize, and file Joint Notice Regarding Plaintiff's Claims | 0.2 | $215.00 | $43.00 | Ben Dangerfield |
| 11/16/2023 | Format draft of Joint Notice into proper pleading; revise same | 0.2 | $215.00 | $43.00 | Ben Dangerfield |
| 11/6/2023 | Corporation Commission Documents; Minutes for Corporate resolution | 2 | $400.00 | $800.00 | Sean A Woods |
| 11/3/2023 | Judge's order on TRO | 0.3 | $400.00 | $120.00 | Sean A Woods |
| 11/2/2023 | conference call with FYVE's counsel and the Court | 0.1 | $400.00 | $40.00 | Sean A Woods |
| 11/2/2023 | conference call with FYVE's counsel and the Court | 0.1 | $450.00 | $45.00 | Robert T Mills |
| 10/23/2023 | Revise, finalize, and email letter to opposing counsel re recent big account losses | 0.2 | $215.00 | $43.00 | Ben Dangerfield |
| 10/23/2023 | letter to Nussbaum re: two significant accounts lost | 0.1 | $450.00 | $45.00 | Robert T Mills |
| 10/6/2023 | Prepare for an attend hearing on Motion for TRO and Preliminary Injunction. | 3 | $450.00 | $1,350.00 | Robert T Mills |
| 10/6/2023 | TRO hearing | 3 | $400.00 | $1,200.00 | Sean A Woods |
| 10/5/2023 | Work with SAW to nail down final exhibits [1.5]. Assemble Courtroom copy of Exhibits and Judge's binder of Exhibits to deliver to Court for tomorrow's Hearing [2.2]; assemble binder of Exhibits for S. Woods and R. Mills [.5] | 4.3 | $215.00 | $924.50 | Ben Dangerfield |
| 10/5/2023 | Prepare for evidentiary hearing on Motion for TRO and Preliminary Injunction. | 3.8 | $450.00 | $1,710.00 | Robert T Mills |
| 10/5/2023 | planning for hearing with RTM | 1.5 | $400.00 | $600.00 | Sean A Woods |
| 10/4/2023 | Draft Exhibit List and Witness List | 1.2 | $215.00 | $258.00 | Ben Dangerfield |
| 10/2/2023 | Draft, finalize, and file Motion for Liggin to Appear Remotely at Hearing | 1 | $215.00 | $215.00 | Ben Dangerfield |
| 10/1/2023 | Receive and review Fyve's Reply. Research and work on Joint Pre-Hearing Statement. | 1.6 | $450.00 | $720.00 | Robert T Mills |
| 10/1/2023 | Fyve's reply; discuss research with RTM | 0.7 | $400.00 | $280.00 | Sean A Woods |
| 9/29/2023 | Final review and revisions of substantive reply | 0.5 | $400.00 | $200.00 | Sean A Woods |
| 9/29/2023 | Revise, finalize, and file Reply re Motion for Temporary Restraining Order and preliminary Injunction | 0.6 | $0.00 | $0.00 | Ben Dangerfield |
| 9/29/2023 | Revise Joint Pre-Hearing Statement | 0.8 | $0.00 | $0.00 | Ben Dangerfield |
| 9/28/2023 | Revise Reply to Fyve's Substantive Response to our Motion for Temporary Restraining Order and Preliminary Injunction | 0.6 | $215.00 | $129.00 | Ben Dangerfield |

| Date | Description | Hours | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 9/28/2023 | Work on Reply in Support of TRO and Preliminary Injunction. | 0.5 | $450.00 | $225.00 | Robert T Mills |
| 9/25/2023 | Review Fyve's Response. Research and draft Reply in Support of TRO and Preliminary Injunction. | 1.5 | $450.00 | $675.00 | Robert T Mills |
| 9/22/2023 | Research and work on Response to Fyve Motion for TRO and Preliminary Injunction. | 2.4 | $450.00 | $1,080.00 | Robert T Mills |
| 9/22/2023 | review and edit response to Fyve's TRO | 0.5 | $400.00 | $200.00 | Sean A Woods |
| 9/22/2023 | Revise, finalize, and file Response to Defendant's Cross-Motion for TRO and Preliminary Injunction; draft, finalize, and file Initial Reply re Motion for TRO and Preliminary Injunction | 2.3 | $215.00 | $494.50 | Ben Dangerfield |
| 9/21/2023 | Research and work on Response to Fyve Motion for TRO and Preliminary Injunction. | 4.2 | $450.00 | $1,890.00 | Robert T Mills |
| 9/20/2023 | settlement agreement based on Dan's communications with Fyve; send to O/c | 0.4 | $400.00 | $160.00 | Sean A Woods |
| 9/20/2023 | conference call with O/C and John Goodman re: issues to be resolved with settlement | 0.4 | $400.00 | $160.00 | Sean A Woods |
| 9/19/2023 | draft and send email to O/C regarding Amy giving 4.5 day notice | 0.2 | $400.00 | $80.00 | Sean A Woods |
| 9/18/2023 | o/c's edits to settlement draft | 0.4 | $400.00 | $160.00 | Sean A Woods |
| 9/16/2023 | finalize and send draft to opposing counsel | 0.2 | $400.00 | $80.00 | Sean A Woods |
| 9/15/2023 | Work on draft settlement agreement | 1.1 | $450.00 | $495.00 | Robert T Mills |
| 9/15/2023 | settlement agreement | 1.5 | $400.00 | $600.00 | Sean A Woods |
| 9/14/2023 | Calendar various deadlines re TRO Briefing and Hearing | 0.9 | $215.00 | $193.50 | Ben Dangerfield |
| 9/14/2023 | Attend and participate in meeting with Dan, FYVE and FYVE's lawyers re potential resolution. | 2.9 | $450.00 | $1,305.00 | Robert T Mills |
| 9/14/2023 | meeting with Fyve, Dan, Fyve's lawyers re: potential settlement | 2.9 | $400.00 | $1,160.00 | Sean A Woods |
| 9/12/2023 | NO CHARGE - Download Defendant's Cross-Motion for TRO and Preliminary Injunction and accompanying documents and file into Box | 0.2 | $0.00 | $0.00 | Ben Dangerfield |
| 9/11/2023 | Email to Clifford Roth and Randy Nussbaum re: obtaining signed waiver of service documents | 0.1 | $400.00 | $40.00 | Sean A Woods |
| 9/11/2023 | Emails with Clifford and Randy regarding the party being sued; They claim FYVE, Inc. is the proper party. Requested proof as all the documents point to FYVE, LLC; was told they would provide it in "due course" | 0.2 | $400.00 | $80.00 | Sean A Woods |
| 9/8/2023 | Receive and review Fyve's response to motion for tro and supporting docs. Draft letter to Randy Nussbaum re Fyve's duties to the Company and the Trust. | 0.9 | $450.00 | $405.00 | Robert T Mills |
| 9/8/2023 | Format, revise, finalize, and send letter from R. Mills to opposing counsel. re present situation; legal research in support | 0.7 | $215.00 | $150.50 | Ben Dangerfield |

| Date | Description | Hours | Rate | Amount | Attorney |
|---|---|---|---|---|---|
| 9/8/2023 | Draft and send waiver of service to opposing counsel for signature; email file-stamped copies of Summons, all documents filed by Plaintiff, and Court Orders to Defendant | 0.8 | $215.00 | $172.00 | Ben Dangerfield |
| 9/7/2023 | Work on Complaint, Motion and Supporting Memorandum/ Work on Proposed for of TRO/ Work on Attorney Certification. | 1.7 | $450.00 | $765.00 | Robert T Mills |
| 9/7/2023 | Help revise various Complaint associated documents; organize documents and Exhibits for filing; file Complaint and all associated documents | 2.3 | $215.00 | $494.50 | Ben Dangerfield |
| 9/7/2023 | NO CHARGE - Download and file into Box Court-stamped Complaint documents; calendar dates from Order re Service and Setting Hearing | 0.9 | $0.00 | $0.00 | Ben Dangerfield |
| 9/7/2023 | Work on TRO/complaint/supporting documents and exhibits/attorney certification | 3 | $400.00 | $1,200.00 | Sean A Woods |
| 9/6/2023 | Make edits to draft verified complaint | 0.2 | $400.00 | $80.00 | Sean A Woods |
| 9/6/2023 | Help draft and format various Complaint-related documents to get ready for filing | 5 | $215.00 | $1,075.00 | Ben Dangerfield |
| 9/6/2023 | Work on Complaint for TRO and Declaratory Judgment/work on supporting exhibits/ Work on Motion for TRO and Preliminary Injunction. | 5.8 | $450.00 | $2,610.00 | Robert T Mills |
| 9/5/2023 | NO CHARGE - Save various files from client into Box | 0.4 | $0.00 | $0.00 | Ben Dangerfield |
| 9/5/2023 | Legal research in support of Motion for Temporary Restraining Order and Preliminary Injunction | 0.7 | $215.00 | $150.50 | Ben Dangerfield |
| 9/5/2023 | Review draft and make edits | 0.4 | $400.00 | $160.00 | Sean A Woods |
| 9/5/2023 | Research and work on Complaint for TRO and Declaratory Judgment. | 2.6 | $450.00 | $1,170.00 | Robert T Mills |
| 9/5/2023 | Documents provided by client; all historical information for work on TRO/Complaint | 1.2 | $400.00 | $480.00 | Sean A Woods |
| 9/5/2023 | with RTM regarding documents and key documents to focus my review on. | 0.2 | $400.00 | $80.00 | Sean A Woods |
| 9/4/2023 | Review and analyze file and documents received from Jace McKeighan and from Dan. | 2.1 | $450.00 | $945.00 | Robert T Mills |
| | | 81.30 | | $28,598.00 USD | |

| Date | Expense | Price | Total | Qty | Billed By |
|---|---|---|---|---|---|
| 9/6/2023 | Private Investigators, Investigative Reports and Investigation Fees | $10.00 | $10.00 | 1 | Sean A Woods |
| 9/7/2023 | Courtfees | $402.00 | $402.00 | 1 | Ben Dangerfield |
|  |  |  |  |  |  |
|  |  |  | $412 |  |  |