# EXHIBIT 3

November 6, 2023                                                                                              *VIA ELECTRONIC MAIL*

Dan Peterson
9141 E. Sutton Dr.
Scottsdale, AZ 85260

Mr. Peterson:

As you are aware, on Friday November 3, Federal District Judge John J. Tuchi issued an order in the legal proceeding pending between us, denying your attempt to gain sole control of Dan Peterson Property Management LLC (the "Company"). The conclusion of the court is clearly conveyed, including in the following excerpts (and the additional excerpts on the attached Exhibit 1):

"….Messrs. Peterson, Spell, Bon, and Ferron shall continue to co-manage the Company…"

"…the Company shall continue to be managed by Messrs. Peterson, Spell, Bon, and Ferron under the current amended Articles of Organization."

Despite the clarity of the Judge's order, your conduct over this past weekend and your communications to Fyve employees as well as to the Company's employees and customers, indicates that you are choosing to misconstrue or blatantly ignore the ruling and constitutes a clear violation of an official court order. Through this unreasonable, inappropriate behavior, you are exacerbating the confusion and chaos you originally created which continues to negatively impact the Company, its employees, customers, and vendors. As we advised you before and after your September 1 attempt to seize sole control of the Company, the confusion and chaos you've created continues to present risk and harm to the business.

Based on the above, we have concluded that it is in the best interest of the Company and its stakeholders that we resign as managers, effective immediately, thus giving you sole management control of the Company. We believe this action to be the best way to provide clarity and direction to all stakeholders, and to preserve the Company's value going forward, and to eliminate the any risk to us and Fyve, Inc. from your willful disregard the court's order.

Sincerely,

John Ferron                              Albert Spell                                Jeff Bohm

Attachment

CC:     Sacks Tierney LLP

DocuSign Envelope ID: 9DF3953F-9B5B-4DD4-8B01-ECA5CD10F238

# **Exhibit 1**

Excerpts from November 3, 2023 Order

US District Court Case No. CV-23-01874-PHX-JJT

"Plaintiff has not shown a likelihood of success on the merits…Plaintiff provides no legal support for the proposition that the LLC's Articles of Organization became ineffective upon change of ownership interest, or, here, that Mr. Peterson became the sole manager of the otherwise four-manager-managed Company. "

"Plaintiff provides no legal support for the proposition that the LLC's Articles of Organization became ineffective upon change of ownership interest, or, here, that Mr. Peterson became the sole manager of the otherwise four-manager-managed Company."

"Nothing in the documents the parties provided to the Court—the Company's Articles of Organization, Articles of Amendment, Purchase Agreement, Pledge and Security Agreement, or Promissory Note—provide that Mr. Peterson becomes sole manager of the Company upon Defendant's default on the Promissory Note."

"The Court thus cannot enjoin Messrs. Spell, Bon, and Ferron from executing their management duties under the currently applicable Articles of Organization…"

"…all the Court can require is that the Company continue to operate under the provisions of its applicable organizational and operational documents."

"…the Company continue to be managed by Messrs. Peterson, Spell, Bon, and Ferron under the current amended Articles of Organization."

"The Company shall continue to be managed under the applicable organizational and operational documents, including the Articles of Organization and Articles of Amendment thereto. Specifically, Messrs. Peterson, Spell, Bon, and Ferron shall continue to co-manage the Company until such time as properly executed Articles of Amendment to the Articles of Organization specify otherwise."

"…Mr. Peterson may not enjoin Messrs. Spell, Bon, and Ferron from conduct consistent with management of the Company."