# Exhibit 2

| | |
|---|---|
| **From:** | Robert Mills |
| **To:** | Roth, Clifford J. |
| **Cc:** | Nussbaum, Randy; Sean Woods |
| **Subject:** | Re: Peterson/Fyve [IWOV-iManage.FID794007] |
| **Date:** | Sunday, December 10, 2023 1:45:36 PM |
| **Attachments:** | image001.png |

Hey Clifford, following up on this. My client does not agree to pay Fyve's attorney fees or to a "walk away " on attorneys fees. Thanks

On Fri, Dec 8, 2023 at 3:14 PM Robert Mills <rmills@millsandwoods.com> wrote:

> 480 223-3723
>
> On Fri, Dec 8, 2023 at 3:10 PM Roth, Clifford J. <Clifford.Roth@sackstierney.com> wrote:
>
>> Bob,
>>
>> I would like to discuss the attorneys' fees issues with you.  What number should I call?  Thank you.
>>
>> **Clifford J. Roth**
>> *Attorney*
>> P: 480.425.2603
>>
>> 
>>
>> 4250 N. Drinkwater Blvd., Fourth Floor
>> Scottsdale, AZ 85251
>>
>> ---
>>
>> **From:** Robert Mills <rmills@millsandwoods.com>
>> **Sent:** Friday, December 8, 2023 2:55 PM
>> **To:** Roth, Clifford J. <Clifford.Roth@sackstierney.com>
>> **Cc:** Sean Woods <swoods@millsandwoods.com>; Nussbaum, Randy <Randy.Nussbaum@sackstierney.com>
>> **Subject:** Re: Peterson/Fyve [IWOV-iManage.FID794007]
>>
>> No. Will Fyve agree to pay my client's attorneys fees?

EXHIBIT 2

On Dec 8, 2023, at 2:45 PM, Roth, Clifford J. <Clifford.Roth@sackstierney.com> wrote:

Sean and Bob,

I am writing to follow up on the voicemail message I just left on Sean's cell phone. Please give me a call at your earliest convenience to discuss whether your client will agree to pay Fyve's attorneys' fees.  I look forward to speaking with you, hopefully this afternoon. Thank you.

**Clifford J. Roth**
*Attorney*
P: 480.425.2603

Sacks Tierney P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251
www.sackstierney.com

NOTICE:  This e-mail may contain confidential and privileged material for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies.  To ensure IRS compliance, any tax advice included in this e-mail may not be used by any recipient to avoid penalties imposed under the Internal Revenue Code, state or local tax law provisions.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

--
**Robert T. Mills**
Partner

480.999.4558 | Direct
480.999.4556 | Office
480.999.4750 | Fax
rmills@millsandwoods.com
www.millsandwoods.com

5055 North 12th Street
Suite 101
Phoenix, AZ 85014

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4556 or by electronic mail rmills@millsandwoods.com.

--
**Robert T. Mills**
Partner

480.999.4558 | Direct
480.999.4556 | Office
480.999.4750 | Fax
rmills@millsandwoods.com
www.millsandwoods.com

5055 North 12th Street
Suite 101
Phoenix, AZ 85014

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4556 or by electronic mail rmills@millsandwoods.com.